FILED
CLERK, U.S. DISTRICT COURT
FEB 19 2008
CENTRAL DISTRICT OF CALIFORNIA
BY             DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　Plaintiff,<br>　　　v<br>Alicia Bass<br>　　　　　Defendant. | CR 08-169<br><br>ORDER OF DETENTION AFTER HEARING<br>(18 U.S.C. § 3142(i)) |

I.

A. (✓) On motion of the Government involving an alleged

　　1. ( ) crime of violence;

　　2. ( ) offense with maximum sentence of life imprisonment or death;

　　3. (✓) narcotics or controlled substance offense with maximum sentence of ten or more years (21 U.S.C. §§ 801,/951, et. seq.,/955a);

　　4. ( ) felony - defendant convicted of two or more prior offenses described above.

B. On motion ( ) (by the Government)/( ) (by the Court sua sponte involving)

　　1. ( ) serious risk defendant will flee;

---

CR - 94 (02/94)　　　ORDER OF DETENTION AFTER HEARING (18 U.S.C. §3142(i))

|   |   |
|---|---|
| 1 | 2.   ( ) serious risk defendant will |
| 2 |     a. ( ) obstruct or attempt to obstruct justice; |
| 3 |     b. ( ) threaten, injure, or intimidate a prospective |
| 4 |     witness or juror or attempt to do so. |

## II.

The Court finds no condition or combination of conditions will reasonable assure:

    A.   ( ✓ ) appearance of defendant as required; and/or

    B.   ( ✓ ) safety of any person or the community;

## III.

The Court has considered:

    A.   ( ✓ ) the nature and circumstances of the offense;

    B.   ( ✓ ) the weight of evidence against the defendant;

    C.   ( ✓ ) the history and characteristics of the defendant;

    D.   ( ✓ ) the nature and seriousness of the danger to any person or to the community.

## IV.

The Court concludes:

    A.   ( ✓ ) Defendant poses a risk to the safety of other persons or the community because: _nature of alleged offense; prior record; drug use; prior probation violation; evidence of gang ties;_

///

///

1   B.  (✓)  History and characteristics indicate a serious risk
2            that defendant will flee because: _outstanding warrant; drug use;_
3            _lack of property available to_
4            _secure release_
5
6
7   C.  ( )  A serious risk exists that defendant will:
8            1.  ( ) obstruct or attempt to obstruct justice;
9            2.  ( ) threaten, injure or intimidate a witness/
10               juror; because: _____
11
12
13
14  D.  (✓)  Defendant has not rebutted by sufficient evidence to
15           the contrary the presumption provided in 18 U.S.C.
16           § 3142 (e).
17      IT IS ORDERED that defendant be detained prior to trial.
18      IT IS FURTHER ORDERED that defendant be confined as far as
19  practicable in a corrections facility separate from persons awaiting
20  or serving sentences or person held pending appeal.
21      IT IS FURTHER ORDERED that defendant be afforded reasonable
22  opportunity for private consultation with his counsel.
23
24      DATED: _2/19/08_
25
26                              _____
27                              U.S. MAGISTRATE JUDGE / DISTRICT JUDGE
28